UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE R. MEYER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF DALY CITY, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 05-2963 WDB<br><br>ORDER FOLLOWING REVIEW OF PLAINTIFF'S REQUEST FOR RELIEF FROM CASE MANAGEMENT DEADLINES |

　　The Court has reviewed plaintiff's request for relief from various case management deadlines, and ORDERS as follows:

　　1. **By December 6, 2005**, plaintiff's counsel must research whether the plea entered by plaintiff in his criminal case will bar recovery under the causes of action alleged in this case. If plaintiff's counsel's research reveals that plaintiff will be barred from recovery in this suit, he must e-file correspondence to the Court so stating. The correspondence must be received by **December 9, 2005**, and must include a date certain by which plaintiff's counsel will dismiss the case.

　　2. If plaintiff's counsel's research indicates that plaintiff will not be barred from recovery in this case (or if it is unclear whether plaintiff will be barred from recovery), plaintiff's counsel must serve defendants by no later than **December 13, 2005**.

3.  **By January 26, 2006**, the parties must file a joint ADR Certification with Stipulation to ADR process or a Notice of Need for ADR Conference.

4.  **By February 7, 2006**, the parties must file a joint Initial Case Management Conference Statement.

5.  **Also by February 7, 2006**, the parties must complete their initial disclosures.

6.  The Court CONTINUES the Initial Case Management Conference currently scheduled for November 21, 2005, to **February 16, 2006, at 4:00 p.m.**

<u>**Plaintiff must include a copy of this Order when it effectuates service on defendants**</u>.

IT IS SO ORDERED.

Dated:  November 3, 2005                     /s/  Wayne D. Brazil
                                            WAYNE D. BRAZIL
                                            United States Magistrate Judge

Copies to:
Plaintiff with direction to serve defendants,
WDB, Stats